## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**ABDUL OSUMANU**<br><br>　　　　　　Defendant. | 8:21MJ307<br>3:21CR71<br><br><br><br>**Magistrate Judge Bazis** |

### RULE 5 ORDER

An Indictment and Warrant (charging document) having been filed in the Southern District of West Virginia, charging the above-named defendant with Counts 1 & 2: Mail Fraud, Counts 3 & 4: Wire Fraud, Count 5: Money Laundering Conspiracy, and Count 6: Receipt of Stolen Money and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

　　　Additionally, defendant

- ☒ Waived an identity hearing and admitted that he was the person named in the aforementioned charging document.

- ☒ The government did move for detention.

- ☒ Was given a detention hearing in this district.

　　　Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

- ☒ Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

- ☒ Initial Appearance is set at 1:30 p.m. on June 8, 2021 before Magistrate Judge Cheryl A. Eifert in USDC - Southern District of West Virginia.

　　　**IT IS SO ORDERED.**

　　　DATED: June 1, 2021.

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge